United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EVERETT JOHNSON, JR., | No. C 05-2258 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| Deputy HENSEL; et al., | |
| Defendants. | |

Plaintiff's request for a third extension of time to file his opposition to defendants' motion to dismiss is DENIED. (Docket # 29.) As the court explained in the October 24, 2006 Order Extending Deadlines, plaintiff has known since December 2005 that defendants sought dismissal for failure to exhaust administrative remedies. By the time his December 29, 2006 filing deadline arrives, he will have had a year to assemble an opposition to that argument. The court will not entertain any more motions to extend the deadline.

Plaintiff is reminded that he must serve a copy on defense counsel of each and every document he sends to the court.

IT IS SO ORDERED.

Dated: November 29, 2006

_____
SUSAN ILLSTON
United States District Judge