**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EVERETT JOHNSON, JR., | No. C 05-2258 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Deputy HENSEL; et al., | |
| Defendants. / | |

This action is dismissed without prejudice to plaintiff filing a new action in which he asserts claims as to which administrative remedies have been exhausted.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 23, 2007

_____
SUSAN ILLSTON
United States District Judge