<div style="float:left">**United States District Court**<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EVERETT JOHNSON, JR., | No. C 05-2258 SI (pr) |
| Plaintiff, | **ORDER DENYING RECONSIDERATION MOTION** |
| v. | |
| Deputy HENSEL; et al., | |
| Defendants. | |

Plaintiff's motion for reconsideration is DENIED. (Docket # 43.) The court did not err in the Order of Dismissal when it determined that plaintiff had not exhausted administrative remedies before filing this action.

IT IS SO ORDERED.

Dated: October 15, 2007

_____
SUSAN ILLSTON
United States District Judge